UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO SANCHEZ DE TAGLE,

Plaintiff,

v.

SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES,

Defendant.

Case No. 5:26-cv-00193-NW

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION WITHOUT PREJUDICE**

Re: ECF No. 10

On January 7, 2026, self-represented Plaintiff Orlando Sanchez de Tagle filed a complaint against the Santa Clara County Department of Child Support Services ("DCSS") asserting a single claim for violation of § 504 of the Rehabilitation Act, 29 U.S.C. § 701. ECF No. 1. Magistrate Judge Virginia DeMarchi granted Plaintiff's request to proceed in forma pauperis ("IFP") but, as part of the required screening under 28 U.S.C. § 1915(e), found his complaint deficient. ECF No. 5. Judge DeMarchi granted Mr. Sanchez de Tagle leave to file an amended complaint by February 27, 2026, to address the issues she identified. ECF No. 4, 7.

Plaintiff filed an amended complaint on February 23, 2026. ECF No. 8. Upon her review of the amended complaint, Judge DeMarchi found that Plaintiff had failed "to state a claim for relief or a basis for the exercise of subject matter jurisdiction and is subject to dismissal under 28 U.S.C. § 1915(e)." Report and Recommendation, ECF No. 10 ("R&R") at 1. Judge DeMarchi further recommended that "the amended complaint be dismissed without leave to amend." *Id.* at 2. On March 41, 2026, the case was reassigned to the undersigned.

The Court has reviewed Judge DeMarchi's R&R. In accordance with Federal Rule of Civil Procedure 72, objections were due on or before March 18, 2026. No objections have been

filed. The court finds the R&R correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court hereby ADOPTS the R&R in its entirety and dismisses Mr. Sanchez de Tagle's case without further leave to amend.

The Clerk of the Court is instructed to enter a final judgment in accordance with this order and close the file in this case.

**IT IS SO ORDERED.**

Dated: March 26, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California