UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ORLANDO SANCHEZ DE TAGLE,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES,<br><br>Defendant. | Case No.  5:26-cv-03048 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Noel Wise for consideration of whether the case is related to 5:26-cv-00193 NW, *Orlando Sanchez de Tagle v. Santa Clara County Department of Child Support Services.*

Dated: April 13, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 26-cv-03048 NC
SUA SPONTE JUDICIAL REFERRAL